**FILED**

**OCT 03 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

Plaintiff,

v.

FUQI INTERNATIONAL, INC. and

YU KWAI CHONG,

Defendants.

Case No. 13-cv-995 (RC)

---

## CORRECTED FINAL JUDGMENT AS TO DEFENDANT YU KWAI CHONG

Whereas, the Securities and Exchange Commission filed a Complaint in this Court on July 1, 2013 (the "Complaint");

Whereas, Defendant Yu Kwai Chong ("Defendant") entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of a final judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from the final judgment;

Whereas, this Court entered a final judgment against Defendant on August 7, 2013, ordering that the Defendant, among other things, (i) be permanently restrained and enjoined from violating, directly or indirectly, Sections 10(b) and 13(b)(5) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. §§ 78j(b) and 78m(b)(5)] and Rules 10b-5, 13a-14, 13b2-1, and 13b2-2 promulgated thereunder [17 C.F.R. §§ 240.10b-5, -.13a-14, -.13b2-1,

and -.13b2-2], (ii) be permanently restrained and enjoined from aiding and abetting any violation of Sections 13(a), 13(b)(2)(A), and 13(b)(2)(B) of the Exchange Act [15 U.S.C. §§ 78m(a), 78m(b)(2)(A), and 78m(b)(2)(B)] and Rules 12b-20, 13a-1, 13a-11, and 13a-13 promulgated thereunder [17 C.F.R. §§ 240.12b-20, -.13a-1, -.13a-11, and -.13a-13], and (iii) pay a civil penalty of $150,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)], (the "Chong Final Judgment");

Whereas, Defendant paid the $150,000 civil penalty within 14 days after the entry of the Chong Final Judgment;

Whereas, Plaintiff in its request for relief in the Complaint requested that Defendant, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], be prohibited for 5 years from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)] (the "Officer and Director Bar") but inadvertently failed to include the Officer and Director Bar in the proposed Chong Final Judgment;

Whereas, Plaintiff has filed an unopposed motion to enter a Corrected Final Judgment based on the inadvertent failure to include the Officer and Director Bar in the proposed Chong Final Judgment; and

Whereas, the Defendant has executed a Consent of Defendant Yu Kwai Chong to the Entry of a Corrected Final Judgment agreeing to the Officer and Director Bar.

For the forgoing reasons,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, Plaintiff Securities and Exchange Commission's Unopposed Motion to Enter a Corrected Final Judgment is GRANTED;

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is prohibited, for 5 years beginning August 7, 2013, from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)];

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the terms of the Chong Final Judgment entered in this matter on August 7, 2013, and the Consent of Defendant Yu Kwai Chong to the Entry of a Corrected Final Judgment are incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein; and

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Corrected Final Judgment.

Dated: 10/2/2013

The Honorable Rudolf Contreras
United States District Judge
Rudolph PC